29 South Main Street
P.O. Box 272000
West Hartford, CT 06127-2000
Tel 860.561.4000
Fax 860.521.9241
blumshapiro.com

$2,611.18
277964
11/14/16
KT

BlumShapiro
Accounting | Tax | Business Consulting

November 10, 2016

Clerk, U.S. Bankruptcy Court
450 Main Street
Hartford, CT 06103

FILED
2016 NOV 14 A 10:46
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD

Re: AGC Incorporated

Chapter Disbursing Agent Case No. 13-30681

Unclaimed Funds

Dear Clerk:

Enclosed is my trustee check for unclaimed funds in the above – captioned estate. Following is the last - known address of each creditor, the claim number and the amount of the unclaimed distribution.

| Claim # | Claimant Name/Address | Unclaimed Distribution |
|---|---|---|
| | F. W. Webb Co.<br>650 Ella Grasso Blvd.<br>New Haven, CT 06519-1810 | $22.44 |
| | Yarde Metals Inc.<br>45 Newell Street<br>Southington, CT 06489 | $70.14 |
| | Unisource Worldwide Inc.<br>135 Research Drive<br>Milford, CT 06460 | $49.97 |
| | Omega Engineering<br>Po Box 4047<br>Stamford, CT 06907 | $13.94 |
| | Northeast Graphics Corp<br>1451 New Britain Avenue<br>Farmington, CT 06032 | $11.17 |
| | Momentive Performance Materials<br>Waterford, NY 12188 | $545.75 |
| | IMG of Utica Inc.<br>Utica, NY 13501 | $83.69 |

| | | |
|---|---|---|
| | Ferro Corporation<br>Liquid Coating Civ<br>Edison, NJ 08817 | $407.29 |
| | ATS<br>7 Progressive Drive<br>Cromwell, CT 06416 | $1368.11 |
| 12 | TC Specialties Inc.<br>460 Industrial Way<br>Placentia, CA 92870 | $36.68 |
| | | |
| Total | | $2,611.18 |

Very truly yours,

Richard P. Finkel

RPF/mpw
enc